THE FAMILY GAME ROOM, INC. v. AL POLICEK.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GAIL RICE.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL SANTIAGO.

June 19, 1984.

Petition for certification denied.